UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE APPLICATION OF DAILANE
INVESTMENTS LIMITED AND
MICHAEL MAILLIS FOR JUDICIAL
ASSISTANCE PURSUANT TO
28 U.S.C. § 1782

Case No. 22-mc-23619

**APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**

Applicants Dailane Investments Limited ("Dailane") and Mr. Michael Maillis hereby apply for an order of judicial assistance, pursuant to 28 U.S.C. § 1782, appointing Elizabeth Velez, Esq. as a Commissioner of the Court to facilitate the issuance of subpoenas for the gathering of documentary evidence from H.I.G. Capital, LLC, and testamentary evidence from two of its employees, Sami Mnaymneh and Anthony Tamer, all of which "reside in" or are "found in" the Southern District of Florida. The requested relief is for the purpose of obtaining limited, but critical, discovery for use in connection with an imminent legal proceeding by the Petitioners in the Commercial Chambers of the Luxembourg District Court. The grounds for this Application are set forth in the accompanying Memorandum of Law in Support of the Application for Judicial Assistance Pursuant to 28 U.S.C. § 1782 and the Declarations of Richard Ledain Santiago, Paul Ferguson, and Tara Plochocki and the Exhibits thereto.

Respectfully submitted,

**Dated: November 4, 2022**

LEWIS BAACH KAUFMANN
MIDDLEMISS PLLC

 */s/ Elizabeth Velez*
Elizabeth Velez
Florida Bar No. 73614
405 Lexington Avenue, 64th Floor
New York, New York 10174

1

Tel: (212) 826-7001
Elizabeth.velez@lbkmlaw.com

Tara J. Plochocki
(*pro hac vice application forthcoming*)
1101 New York Avenue NW
Suite 1000
Washington, D.C.  20005
Tel: (202) 659-7217
tara.plochocki@lbkmlaw.com

Respondent to be served by process server.

H.I.G. Capital, LLC
c/o C.T. Corporation System
1200 South Pine Island Road
Plantation, FL 33324