# Exhibit 1

 Visit H.I.G. Capital
Investor Login

Search

Home  ›  Portfolio  ›  Maillis Group

Business Services                                                                                     Manufacturing



Established in 1968, the Maillis Group is the world's second largest manufacturer of end-of-line packaging equipment and offers its customers "one-stop solutions". In addition to supplying consumables such as strapping and film products, Maillis produces innovative packaging machines under well-known brand names including SIAT and offers its customers international after-sales services.

Maillis is an international company with seven production sites located in Germany, Greece, Italy, Poland, Canada and the United States. Currently, the company has approximately 1,500 employees. With more than 15,000 customers and a broad product portfolio, the company generates more than €260 million in revenues, less than 5% of which are in Greece. The Company's customer base extends to the food and beverage, aluminum, steel, construction, timber and bailing industries and it is the exclusive or preferred supplier to major industrial and consumer products multinationals such as US Steel, Nestle, Coca Cola, P&G, Henkel, Pepsi, Mars, Lafarge, Alcoa, ArcelorMittal, Corus, Wall-mart and others.

For more information visit: https://www.maillis.com/en

Atlanta  |  Bogotá  |  Boston  |  Chicago  |  Dallas  |  Hamburg  |  London  |  Los Angeles  |  Luxembourg  |  Madrid  |  Miami  |  Milan  |  New York  |  Paris  |  Rio de Janeiro  |  San Francisco  |  São Paulo

Terms and Conditions. All material on this site Copyright © 2022 H.I.G. Capital, LLC