# Exhibit 3

 GlobeNewswire
by notified

**M.J. MAILLIS GROUP: Q1 2010 Financial Results (for...**

SIGN IN

# M.J. MAILLIS GROUP: Q1 2010 Financial Results (for the period 01.01.2010 - 31.03.2010)

June 01, 2010 10:52 ET | Source: M.J. Maillis

ATHENS, GREECE--(Marketwire - June 1, 2010) - The M.J. Maillis Group, a global leader in secondary packaging listed on the Athens Exchange (ATHEX: MAIK), announced its results for the first quarter of 2010 ended March 31, 2010.

**Highlights:**

The Group performance during the first quarter of 2010 established an upward trend compared to same period last year which was affected by the unprecedented economic crisis. The key drivers of this performance were **a gradual upsurge in sales, improved gross profit margins and positive EBITDA.**

- **1st quarter sales increased by 15% vs. 1st quarter 2009 confirming the upward trend in terms of turnover as a result of partial market recovery**
- **Gross Margin increased by 5 p.p vs. last year**
- **Total EBITDA turned positive in the first quarter of 2010**

Key figures for 2010

|  | 31.3.2010 | 31.3.2009 | Difference |
|---|---|---|---|
| Sales | 59,234 | 51,522 | 15.0% |
| Gross Profit* | 14,255 | 9,820 | 45.2% |
| Gross Margin* | 24.1% | 19.1% | 5.0pp |
| Operating EBITDA | 904 | -3,333 | 127.1% |
| EBITDA | 474 | -4,856 | 109.8% |

**\***the gross profit and margin are management reported figures and exclude depreciation, grants, FX differences and services cost

**Financial Performance:**

In first quarter 2010, group consolidated sales revenue amounted to 59.2 mEUR , higher by 15.0% versus last year, as a result of the gradual resumption of the economic activity around the world.

restocking effect of pre-crisis stocks and lower volumes.

Excluding one-off income and expenses the result of Exchange differences, inventory and receivables provisions as well as restructuring costs, the operating EBITDA for 2010 was 0.9 mEUR (vs. operating EBITDA for 2009 of -3.3 mEUR). More importantly, for the first time over the last five quarters the total EBITDA was positive at 0.5 mEUR (vs. -4.9 mEUR in 2009).

Net losses before tax were 7.6 mEUR vs. 19.4 mEUR in 2009. Net losses after tax were 9.3 mEUR vs. 17.8 mEUR in 2009.

**Restructuring:**

During Q1 2010 the second phase of the reorganisation and restructuring plan was launched. Following the evolving industry trends and current market conditions, a reassessment of the sales structure became essential. In the new structure the focus instead of individual country (geography) shifted to customer segments (market) in order to meet our clients' needs more effectively.

**Negotiation with lenders:**

The Board of Directors of M.J. Maillis SA, in its meeting of 16 April 2010, decided to accept the main points of the restructuring solution proposed by the creditors and to continue the process on that basis aiming at the signing of an agreement that will include all restructuring issues and will be mutually acceptable to the company and all its creditors. The basic points of the proposal are the following:

- Capitalization of outstanding loans: For an amount of Euro 70 million with issuance of new common shares of the listed parent company to the Group's creditors.

- For the re-financing of the remaining outstanding loans:

  i. A syndicated loan of Euro 110 million

  ii. A bond loan, of Euro 50 million, with capitalizable (Pay-In-Kind) rate, convertible to new common shares of the listed parent company

  iii. New working capital line: For an amount of Euro 16 million for the financing of the Group's growth.

**Outlook:**

In 2010, the Group is among the first in the Greek market to benefit from the gradual resumption of the economic activity around the world, due to its international presence, its improved operational and cost structure, as well





At the same time we continue the reorganization of the Group and have already moved into the next phase aiming at further cost savings and enhanced productivity and efficiencies.

**About the M.J. Maillis Group**

The M.J. Maillis Group is a leader in secondary packaging providing its clients globally with complete, high technology and cost effective packaging solutions (one-stop-shopping) that combine packaging equipment, packaging materials, service and support. The Group employs 1,540 people and maintains physical presence in 18 countries in Europe, North America and Asia, while its products are sold in more than 80 countries worldwide. The Group's customer base extends to the food and beverage, aluminium, steel, construction, timber and bailing industries and it is the exclusive or preferred global supplier to an increasing number of major industrial and consumer products multinationals such as US Steel, Nestle, Coca Cola, P&G, Henkel, Pepsi, Mars, Lafarge, Alcoa, ArcelorMittal, Corus, Wall-mart etc. The shares of the M.J. Maillis Group are listed on the Athens Exchange under the ticker symbol "MAIK."

Contact Information:

**For more information please contact:**

**Company Contact:**

Group's Investor Relations Department

Tel. +30-210-6285-000

E-mail investor.relations@maillis.gr

**Investor Relations Advisors**

Capital Link

Athens

Eftychia Yiagou

Tel. +30-210-6109-800

London

Annie Evangeli

Tel. +44-203-206-1320

New York

Matthew Abenante

Tel. +1-212-661-7566

E-mail: maillis@capitallink.com

 **M.J. MAILLIS GROUP: Q1 2010 Financial Results (for...** SIGN IN

# Explore





[AmeriCorps Reports $12 Return per Dollar Invested ...](#)

October 17, 2022 17:50 ET

[ZetrOZ Systems Revolutionizes Sustained Acoustic M...](#)

October 17, 2022 17:46 ET



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

**Newswire Distribution Network & Management**

· [Home](#)          · [RSS Feeds](#)

· [Newsroom](#)     · [Legal](#)

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2022 GlobeNewswire, Inc. All Rights Reserved.