# Exhibit 7

🏠 Visit H.I.G. Capital
Investor Login

🇫🇷 🇩🇪 🇪🇸 🇮🇹 🇵🇹

| Search | 🔍 |

Home › News

Current and historical news, press releases, and announcements.

| U.S. |
| Europe |
| Latin America |
| Archive |

## H.I.G. Capital News

**Contact:**

Wolfgang Biedermann
Head of Europe Buyouts
wbiedermann@higcapital.com

Jordan Peer
Managing Director
jpeer@higcapital.com

H.I.G. Capital
1450 Brickell Avenue
31st Floor
Miami, FL 33131
P 305.379.2322
F 305.379.2013
www.higcapital.com

# H.I.G. Capital Closes H.I.G. Europe Capital Partners III at €1.1 Billion

**MIAMI – November 24, 2020** - H.I.G. Capital ("H.I.G."), a leading global alternative asset management firm with $42 billion of equity capital under management, is pleased to announce the closing of its third European Lower Middle Market Fund, H.I.G. Europe Capital Partners III (the "Fund"). The Fund closed with aggregate capital commitments of €1.1 billion, exceeding its target. The Fund will continue the successful strategy of its two predecessor funds, by making private equity investments in lower middle market companies, primarily in Western Europe.

Sami Mnaymneh and Tony Tamer, H.I.G. Co-Founders and Co-CEOs, commented: "We are delighted with the continued support from our limited partner base, which reflects their confidence in the capability of our European team and our differentiated investment approach."

Wolfgang Biedermann, Head of H.I.G. Europe Buyouts, added: "The team is excited to build upon H.I.G.'s successful European lower middle market strategy. The current economic environment in Europe leaves us well-positioned to target control investments in complex situations and/or undermanaged lower middle market companies. We are confident that our experienced team, with its established local presence, will successfully navigate this period of uncertainty and deliver value for our investors."

Jordan Peer, Managing Director and Global Head of H.I.G. Capital Formation, added: "The Fund received tremendous support from our global investor base, allowing us to complete an entirely virtual fundraising process within a short time frame. The Fund is comprised of a diverse group of leading investors including foundations, endowments, public and corporate pensions, consultants, sovereign wealth funds, and family offices in North America, Europe, Asia and the Middle East."

**About H.I.G. Capital**
H.I.G. is a leading global private equity and alternative assets investment firm with $42 billion of equity capital under management.* Based in Miami, and with offices in New York, Boston, Chicago, Dallas, Los Angeles, San Francisco, and Atlanta in the U.S., as well as international affiliate offices in London, Hamburg, Madrid, Milan, Paris, Rio de Janeiro, São Paulo and Bogotá, H.I.G. specializes in providing both debt and equity capital to small and mid-sized companies, utilizing a flexible and operationally focused/value-added approach:

1. H.I.G.'s equity funds invest in management buyouts, recapitalizations and corporate carve-outs of both profitable as well as underperforming manufacturing and service businesses.
2. H.I.G.'s debt funds invest in senior, unitranche and junior debt financing to companies across the size spectrum, both on a primary (direct origination) basis, as well as in the secondary markets. H.I.G. is also a leading CLO manager, through its WhiteHorse family of vehicles, and manages a publicly traded BDC, WhiteHorse Finance.

3. H.I.G.'s real estate funds invest in value-added properties, which can benefit from improved asset management practices.

Since its founding in 1993, H.I.G. has invested in and managed more than 300 companies worldwide. The firm's current portfolio includes more than 100 companies with combined sales in excess of $30 billion. For more information, please refer to the H.I.G. website at www.higcapital.com.

* Based on total capital commitments managed by H.I.G. Capital and affiliates

Atlanta  |  Bogotá  |  Boston  |  Chicago  |  Dallas  |  Hamburg  |  London  |  Los Angeles  |  Luxembourg  |  Madrid  |  Miami  |  Milan  |  New York  |  Paris  |  Rio de Janeiro  |  San Francisco  |  São Paulo

Terms and Conditions. All material on this site Copyright © 2022 H.I.G. Capital, LLC

