# Exhibit 8



# Director Details

Entity Name: **H.I.G. EUROPE - MAILLIS LTD.**

**Director Name**

| Anthony A. Tamer |
| Sami Mnaymneh |

Back to Entity Search

**Terms & Conditions**

General Registry | Ground Floor, Government Admin Building, Grand Cayman, Cayman Islands