# Exhibit 9

Visit H.I.G. Capital



Home › H.I.G. Team

H.I.G. has worldwide a diverse team of over 500 seasoned investment professionals of whom approximately 40 are based in Europe and focus exclusively on investment opportunities in Europe.

**Filters**

**Titles**
All

**Industries**
- No Filter -

**Offices**
- No Filter -

Alphabetical

Reset Filters



## Wolfgang Biedermann

Wolfgang Biedermann, Executive Managing Director and Head of Europe buyouts, leads H.I.G.'s private equity team in Europe. Wolfgang, a German national, was prior to H.I.G. the CEO of Pricap Venture Partners, an investment firm he co-founded in 2000 focused on small buyouts and growth capital investments in Germany.

Previously, he was a Managing Director of Thomas J.C. Matzen GMBH, a small cap buyout firm founded by Thomas Matzen who built Schroders (today Permira) in Germany. Before that, he was with Schroders Private Equity in Germany and BCG in Germany for three years.

Wolfgang earned an M.B.A. from Harvard Business School and speaks English, German, Italian, and French.

## Senior Members of H.I.G. Team

### FOUNDERS AND Co-CEOs

Sami Mnaymneh          Tony Tamer

### CO-PRESIDENTS

Rick Rosen             Brian Schwartz

### EXECUTIVE MANAGING DIRECTORS

Wolfgang Biedermann

### MANAGING DIRECTORS

| | | | |
|---|---|---|---|
| Jaime Bergel | Giovanni Guglielmi | Christian Kraul-von Renner | Johannes Natterer |
| Tobias Borkowski | John Harper | Raffaele Legnani | Markus Noe-Nordberg |
| Olivier Boyadjian | Rohin Jain | Stephan Madsen | Klaas Reineke |
| Stefano Ciambelli | Holger Kleingarn | Alastair Mills | |

Stefano Giambelli | Holger Kleingarn | Alastair Mills

## PRINCIPALS

Luciano Anzanello | Dominik Böhm | Borja de Parias | Alexander Thorn
Antoine Baudesson | José María de León | Johannes Huttunen

## DIRECTORS

João Almeida | Alessandro Correnti | Philipp Kalveram | Fritz Simons
Ishan Bharadwaj | Emeric Déramaux | Diego Modonesi | Adam Taylor
Andrea Cervesato | Richard Dunn | Pierre-André Olive
Antonin Champagne | Bernardo Guimaraes | Thomas Petersen

Atlanta  |  Bogotá  |  Boston  |  Chicago  |  Dallas  |  Hamburg  |  London  |  Los Angeles  |  Luxembourg  |  Madrid  |  Miami  |  Milan  |  New York  |  Paris  |  Rio de Janeiro  |  San Francisco  |  São Paulo

Terms and Conditions. All material on this site Copyright © 2022 H.I.G. Capital, LLC

