# Exhibit 10

 Visit H.I.G. Capital



Search

Home › H.I.G. Team

H.I.G. has worldwide a diverse team of over 500 seasoned investment professionals of whom approximately 40 are based in Europe and focus exclusively on investment opportunities in Europe.

Filters

**Titles**

All

**Industries**

- No Filter -

**Offices**

- No Filter -

Alphabetical

Reset Filters



## Christian Kraul-von Renner

Christian Kraul-von Renner is a Managing Director in our Hamburg office. Prior to joining H.I.G. in 2007, he was a senior consultant with L.E.K. Consulting in Munich and London, where he advised numerous financial and strategic investors in merger & acquisition situations. In addition, he supported larger corporations in the course of portfolio valuations and implementing growth strategies.

Before L.E.K., he worked as a consultant with the Brand Science Institute, a research-based consultancy.

Christian obtained a Diploma in Business Administration at the University of Hamburg. During his studies he worked over one year in New York and London.

## Senior Members of H.I.G. Team

### FOUNDERS AND Co-CEOs

Sami Mnaymneh        Tony Tamer

### CO-PRESIDENTS

Rick Rosen            Brian Schwartz

### EXECUTIVE MANAGING DIRECTORS

Wolfgang Biedermann

### MANAGING DIRECTORS

| Jaime Bergel | Giovanni Guglielmi | Christian Kraul-von Renner | Johannes Natterer |
| Tobias Borkowski | John Harper | Raffaele Legnani | Markus Noe-Nordberg |
| Olivier Boyadjian | Rohin Jain | Stephan Madsen | Klaas Reineke |
| Stefano Giambelli | Holger Kleingarn | Alastair Mills | |

## PRINCIPALS

| | | | |
|---|---|---|---|
| Luciano Anzanello | Dominik Böhm | Borja de Parias | Alexander Thorn |
| Antoine Baudesson | José María de León | Johannes Huttunen | |

## DIRECTORS

| | | | |
|---|---|---|---|
| João Almeida | Alessandro Correnti | Philipp Kalveram | Fritz Simons |
| Ishan Bharadwaj | Emeric Déramaux | Diego Modonesi | Adam Taylor |
| Andrea Cervesato | Richard Dunn | Pierre-André Olive | |
| Antonin Champagne | Bernardo Guimaraes | Thomas Petersen | |

Atlanta  |  Bogotá  |  Boston  |  Chicago  |  Dallas  |  Hamburg  |  London  |  Los Angeles  |  Luxembourg  |  Madrid  |  Miami  |  Milan  |  New York  |  Paris  |  Rio de Janeiro  |  San Francisco  |  São Paulo

Terms and Conditions. All material on this site Copyright © 2022 H.I.G. Capital, LLC

