UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE APPLICATION OF DAILANE
INVESTMENTS LIMITED AND
MICHAEL MAILLIS FOR JUDICIAL      Case No. 22-mc-23619-RKA
ASSISTANCE PURSUANT TO
28 U.S.C. § 1782

DECLARATION OF TARA J. PLOCHOCKI IN SUPPORT OF APPLICATION FOR
JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

I, Tara J. Plochocki, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner in the law firm of Lewis Baach Kaufmann Middlemiss PLLC and am counsel to the Petitioners in this action.

2. Sami Mnaymneh can be found in this District. The basis for this assertion is an online biography for him on the website of H.I.G. Growth Partners, which states that he is the founder and CEO of this company and that his location is Miami, Florida. This biography is attached hereto as Exhibit 1, and available at https://higgrowth.com/team/sami-mnaymneh/.

3. H.I.G. Capital LLC is headquartered in this District. Attached hereto as Exhibit 2 is a true and correct copy of records maintained by the Division of Corporations of the State of Florida, reflecting that H.I.G. Capital's principal address is 1450 Brickell Avenue, 31st Floor, Miami, Florida 33131. Anthony Tamer is identified as the Manager of HIG Capital at the same address.

4. Attached hereto as Exhibit 3 is a true and correct copy of a chart reflecting the corporate structure of H.I.G. Capital, as provided to my client by an H.I.G. affiliate.

5. Attached hereto as Exhibit 4 is a draft subpoena directed to H.I.G. Capital LLC.

1

6. Attached hereto as Exhibits 5 and 6 are draft subpoenas directed to Mssrs. Mnaymneh and Tamer seeking deposition testimony.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 4th day of November 2022.

_____
Tara J. Plochocki