## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 22-MC-23619

IN RE: APPLICATION OF DAILANE INVESTMENTS LIMITED AND MICHAEL MAILLIS FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. 1782

For:
Lewis Baach Kaufmann Middlemiss PLLC
1101 New York Avenue N.W.
# 1000
Washington, DC 20005

Received by MD Standley Process on the 7th day of November, 2022 at 10:27 am to be served on **H.I.G. Capital, LLC c/o C.T. Corporation System, 1200 South Pine Island Road, Plantation, FL 33324**.

I, Marty Wade, being duly sworn, depose and say that on the **7th day of November, 2022** at **11:53 am, I:**

served a **CORPORATION** by delivering a true copy of the **Application for Judicial Assistance Pursuant to 28 USC 1782; Civil Cover Sheet; Memorandum of Law in Support of Application for Judicial Assistance Pursuant to 28 USC 1782; (Proposed) Order Granting Judicial Assistance Pursuant to USC 1782; Declaration of Paul Ferguson in Support of Application for Judicial Assistance Pursuant to 28 USC 1782; Declaration of Richard Ledain Santiago in Support of Application for Judicial Assistance Pursuant to 28 USC 1782; Declaration of Tara J. Plochochki in Support of Application for Judicial Assistance Pursuant to 28 USC 1782; and Exhibits 1-6;** with the date and hour of service endorsed thereon by me, to: **Monicka Creary (CT Corporation System)** as **Registered Agent** for **H.I.G. Capital, LLC**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Black, Height: 5'5", Weight: 155, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which this process was served. Pursuant to Florida Statutes 92.525, and under the penalty of perjury, I declare the facts set forth in the foregoing affidavit are true and correct.

Subscribed and Sworn to before me on the 7th day of November, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

KATERINA GAFFALIONE
Commission # HH 153398
Expires July 13, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

Marty Wade
SPS # 280

MD Standley Process
8958 State Road 84
# 318
Davie, FL 33324
(954) 423-6767

Our Job Serial Number: MWW-2022000986

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k